# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

GEORGE JENKINS, *individually and as*
*personal representative of the estate of Brian*
*Jenkins*,

        *Plaintiff,*

v.

LAMAR COUNTY, TEXAS, et al.

        *Defendants.*

§
§
§
§
§
§
§
§
§
§
§

Civil Action No. 4:23-cv-00330
Judge Mazzant/Judge Davis

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 24, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #46) that Defendant Jeffery Raney's Motion for Summary Judgment (Dkt. #33) be denied. On March 10, 2026, Defendant filed Objections (Dkt. #49) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #49) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Jeffery Raney's Motion for Summary Judgment (Dkt. #33) is hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 23rd day of March, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

2